IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOSE MORALES, et al.,** | ) | |
| Plaintiffs, | ) | 8:08CV88 |
| and | ) | |
| **GABRIEL SANCHEZ CLAUDIO, et al.,** | ) | |
| Plaintiffs, | ) | 8:08CV161 |
| vs. | ) | |
| **GREATER OMAHA PACKING COMPANY, INC.,** | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the plaintiffs' Agreed Motion to Stay Case Pending Disposition of Eighth Circuit Appeal in *Lopez v. Tyson Foods* Case ([Filing No. 228](#)).  The defendant does not oppose the requested stay pending the outcome of the appeal in the similar case due to the similarity of issues.  The court finds good cause exists to vacate the prior deadlines, including the trial setting.  Upon consideration,

   **IT IS ORDERED:**

   1.   The plaintiffs' Agreed Motion to Stay Case Pending Disposition of Eighth Circuit Appeal in *Lopez v. Tyson Foods* Case ([Filing No. 228](#)) is granted.

   2.   The case deadlines and hearings, including the scheduled pretrial conference and trial, are canceled.

   3.   The parties shall have **fourteen (14) days** from the date the Eighth Circuit Court of Appeals issues a mandate in *Lopez v. Tyson Foods*, 11-2344 (8:06CV459), in which to schedule a telephone planning conference with the court.  Counsel for the plaintiffs shall contact the chambers of the undersigned magistrate judge within such time period to schedule the telephone planning conference.

   DATED this 9th day of November, 2011.

                                                                BY THE COURT:

                                                                s/Thomas D. Thalken
                                                                United States Magistrate Judge